# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4075
_____

M.F., Father of A.O., L.F., and
L.F., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.


June 4, 2019


PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee; Thomasina F. Moore, Sara Elizabeth Goldfarb of the Guardian ad Litem, Tallahassee, for Appellee.